# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

FILED

E-filing

VENUE: SAN JOSE

2012 MAY 30 P 1: 32

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

SEALED BY ORDER OF THE COURT

UNITED STATES OF AMERICA,

V.

# CR12 00426

# EJD
## HRL

CHRISTOPHER DOYON,
aka "PLF" "Commander Adama," and
"Commander X",

DEFENDANT(S).

# INDICTMENT



Violation: 18 U.S.C. § 314(a)(1)-Failure to Appear After Pre-Trial Release

A true bill.

_____
                                    Foreman

Filed in open court this ___30th___ day of

___May 2012___.

pre S. ufuler

                                    ~~Clerk~~

_____

Bail, $ _____

No bail arrest warrant.



DOCUMENT NO              CSA's
                         INITIALS

1  P

DISTRICT COURT
CRIMINAL CASE PROCESSING

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   HANLEY CHEW (CABN 1899985)
5  Assistant United States Attorneys

6
   150 Almaden Boulevard, Suite 900
7  San Jose, California 95113
   Telephone: (408) 535-5061
8  Facsimile: (408) 535-5066
   E-Mail: matthew.parrella@usdoj.gov
9

FILED

2012 MAY 30 P 1: 33

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

E-filing

SEALED BY ORDER OF THE COURT

EJD

HRL

10
       UNITED STATES DISTRICT COURT
11
       NORTHERN DISTRICT OF CALIFORNIA
12
       SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,        )  Case No.  CR12 00426
15        Plaintiff,                 )
                                     )  VIOLATION:
16                                   )
                                     )  18 U.S.C. § 3146(a)(1) - Failure to Appear
17     v.                            )  After Pre-Trial Release
                                     )
18                                   )
    CHRISTOPHER DOYON,               )
19                                   )  SAN JOSE VENUE
       aka "PLF,""Commander Adama,"  )
20     and "Commander X,"            )
                                     )
21        Defendant.                 )
    ─────────────────────────────────)

22

23            I N D I C T M E N T

The Grand Jury charges:
24
25  (18 U.S.C. § 3146(a)(1) - Failure to Appear)

26     On or about February 2, 2012, in the Northern District of California, the defendant,

27            CHRISTOPHER DOYON
                 aka "PLF,"
28            "Commander Adama,"
              and "Commander X,"

1  having been charged with a violation of Title 18, United States Code, Sections 1030(b), a felony,

2  and, Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & 2, a

3  felony, and having been released pursuant to chapter 207 of Title 18, United States Code, in

4  connection with the aforementioned criminal charges, for appearance before United States

5  District Court Lowell D. Jensen at the United States District Court for the Northern District of

6  California, on February 2, 2012, for a status conference in Case No. CR-11-00683-DLJ, entitled

7  United States v. Christopher Doyon, did knowingly and willfully fail to appear as required, in

8  violation of 18 U.S.C. § 3146(a)(1).

DATED: *May 30, 2012*     A TRUE BILL.

*Mary Elizabeth Sladek*
FOREPERSON

MELINDA HAAG
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: )
AUSA CHEW

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED E-filing

---

### OFFENSE CHARGED

18 U.S.C. § 3146(a)(1) - Failure to Appear
After Pre-Trial Release

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

SEALED BY ORDER OF THE COURT

PENALTY:
2 year term of imprisonment
$250,000 or twice the amount involved in the offense
3 year period of supervised release
$100 mandatory special assessment

---

**DEFENDANT - U.S.**

► CHRISTOPHER DOYON    2012 MAY 30 P 1: 33

DISTRICT COURT NUMBER RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

EJD

CR12 00426

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
FBI Special Agent Jeffrey Miller

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    Melinda Haag
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Matthew Parella/Hanley Chew

---

### DEFENDANT

**IS NOT IN CUSTODY**    HRL

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ►

2) ☑ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ►    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: