# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br>　　　　Plaintiff,<br>　　v.<br>CHRISTOPHER DOYON,<br>　　　　Defendant. | **ORDER RELATING CASES**<br>Case No. 11-cr-00683-BLF-1<br><br>Case No. 12-cr-00426-EJD |
| UNITED STATES,<br>　　　　Plaintiff,<br>　　v.<br>CHRISTOPHER DOYON,<br>　　　　Defendant. | |

Pursuant to Criminal Local Rule 8-1, the undersigned Judge finds that these two cases are related. Case No. 12-cr-00426-EJD shall be reassigned to the undersigned Judge.

**IT IS SO ORDERED.**

Dated: July 15, 2021

_____
BETH LABSON FREEMAN
United States District Judge