UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** July 20, 2021  **Time:** 9:00 – 9:11  **Judge:** BETH LABSON FREEMAN
**Total Time:** 11 Minutes

**Case No.:** 5:11-cr-00683-BLF-1  **Case Name:** UNITED STATES v. Doyon
and related case 5:12-cr-00426-BLF-1

**Attorney for Plaintiff:** Susan Knight
**Attorney for Defendant:** Jay Rorty

**Deputy Clerk:** Tiffany Salinas-Harwell  **Reported by:** Lee-Anne Shortridge
**Interpreter:** N/A  **Probation Officer:** N/A

## PROCEEDINGS

**STATUS CONFERENCE**

**Status Conference held.**

**CASE CONTINUED TO: October 12, 2021 at 9:00 a.m. for Further Status Conference.**

---

**EXCLUDABLE DELAY**
Category: Effective Preparation of Counsel
Begins: 7/20/2021
Ends: 10/12/2021

---

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*(signature)*
**Courtroom Deputy**

Original E-Filed