UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER DOYON,<br><br>Defendant. | Case Nos.  11-cr-00683-BLF-1<br>12-cr-00426-BLF-1<br>22-cr-00099-EJD-1<br><br>**ORDER RELATING CASES** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER DOYON,<br><br>Defendant. | |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER DOYON,<br><br>Defendant. | |

Pursuant to Criminal Local Rule 8-1, the undersigned Judge finds that *United States v. Doyon*, No. 22-cr-00099-EJD, is related to No. 11-cr-00683-BLF-1 and No. 12-cr-00426-BLF-1. Case No. 22-cr-00099-EJD shall be reassigned to the undersigned Judge.

**IT IS SO ORDERED.**

Dated:  March 10, 2022

BETH LABSON FREEMAN
United States District Judge