UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** March 29, 2022  **Time:** 9:35 – 10:24  **Judge:** BETH LABSON FREEMAN
**Total Time:** 49 Minutes

**Case No.:** 5:11-cr-00683-BLF-1  **Case Name:** UNITED STATES v. Doyon

And related case 5:12-cr-00426-BLF-1
And related case 5:22-cr-00099-BLF-1

**Attorney for Plaintiff:** Susan Knight
**Attorney for Defendant:** Jay Rorty for Christopher Doyon – P/C

**Deputy Clerk:** Tiffany Salinas-Harwell    **Reported by:** Summer Fisher
**Interpreter:** N/A                          **Probation Officer:** N/A

PROCEEDINGS

**CHANGE OF PLEA**

**Change of Plea Hearing held.**

**Plea Agreement Executed in Open Court.**

**The Defendant Pleads GUILTY to COUNTS 1 and 2 of the Superseding Misdemeanor Information filed in Case 11-cr-00683 on 3/08/2022.**

**The Defendant Pleads GUILTY to COUNT 1 of the Indictment filed in Case 12-cr-00426 on 5/30/2012.**

**The Defendant Pleads GUILTY to COUNT 1 of the Indictment originally filed in the Middle District of Florida Orlando Division, Case 6:13-cr-049-Orl-37, filed on 3/6/2013 and Transferred to Northern District of California as Case 22-cr-00099 on 3/09/2022.**

**Case Referred to Probation for Preparation of Presentencing Report.**

**CASE CONTINUED TO: June 28, 2022, at 9:00 a.m. for Sentencing.**

///

P/NP: Present, Not Present
C/NC: Custody, Not in Custody                           *Courtroom Deputy*
I: Interpreter                                          *Original E-Filed*