STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Email: Susan.Knight@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER DOYON, <br><br> Defendant. | CASE NO. CR 11-00683 BLF <br>            CR 12-00426 BLF <br><br> **STIPULATION TO VACATE HEARING; [PROPOSED] ORDER** |

    The undersigned parties respectfully request that the status hearing in the above-captioned matters on October 18, 2022 be vacated. The purpose of the hearing was to resolve the issue of restitution in three matters: CR 11-00683 BLF, CR 12-00426 BLF and CR 22-00099 BLF. The only victim seeking restitution in the above-captioned matters was the City of Orlando, Florida in CR 22-00099 BLF. On October 12, 2022, the Court granted the stipulation of the parties and ordered the defendant to pay the City of Orlando restitution in the amount of $19,499. ECF No. 16. The victim in CR 11-00683 declined to seek restitution. ECF No. 128. Mr. Doyon was charged with Failure to Appear after Pre-Trial Release in CR 12-00426 BLF, and therefore, restitution is not an issue in the case. Accordingly, the parties request that the October 18, 2022 hearing be vacated.

//

IT IS SO STIPULATED.

DATED: 10/13/22                                                         Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*/s/ Susan Knight*
_____
SUSAN KNIGHT
Assistant United States Attorney

*/s/ Jay Rorty*
_____
JAY RORTY
Counsel for Mr. Doyon

## [PROPOSED] ORDER

Based on the facts set forth in the stipulation of the parties and for good cause shown, the Court HEREBY ORDERS that the hearing in CR 11-00683 BLF and CR 12-00426 BLF on October 18, 2022 be vacated.

IT IS SO ORDERED.

DATED:

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge